UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
COURT ROOM 5D
NEWARK, NJ 07101
973-645-6042

February 8, 2016

**LETTER ORDER**

**Via ECF**
To All Counsel of Record

    Re:    *Curasco v. A&A Medical Transport et al.*
              **Civil Action No. 15-6896 (JLL) (JAD)**

Dear Counsel:

    Pending before the Court is Plaintiff's First Motion for Default Judgment as to A&A Medical Transport, Hazem Saleh, and Ahlam Abufaraj. (ECF No. 4.)

    "Entry of default by the Clerk under Federal Rule of Civil Procedure 55(a) constitutes a general prerequisite for a subsequent default judgment under Rule 55(b)." *Husain v. Casino Control Com'n*, 265 F. App'x. 130, 133 (3d Cir. 2008). Here, there was no entry of default prior to Plaintiff's filing of the instant motion. Thus, the motion is denied without prejudice, with leave to re-file by March 12, 2016.

**IT IS SO ORDERED.**

                                                      JOSE L. LINARES
                                                      UNITED STATES DISTRICT JUDGE